**Fill in this information to identify the case and this filing:**

Debtor Name __BARANKO ENTERPRISE, INC.__

United States Bankruptcy Court for the: __WESTERN__ District of __NC__
(State)

Case number (*If known*): __18-31638__

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors                12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☒ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☒ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☒ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☒ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☒ *Schedule H: Codebtors* (Official Form 206H)
- ☒ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* ____
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ *Other document that requires a declaration* _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __11/26/2018__          ✗ /s/ Vinroy Reid _____
MM / DD / YYYY                    Signature of individual signing on behalf of debtor

                                  VINROY REID _____
                                  Printed name

                                  Officer _____
                                  Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name: BARANKO ENTERPRISE, INC.

United States Bankruptcy Court for the: WESTERN _____ District of _____ NC
(State)

Case number (If known): 18-31638

☐ Check if this is an amended filing

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals          12/15

---

### Part 1:    Summary of Assets

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*................................................................    $ 375,400.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*............................................................    $ 0.00

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*..............................................................    $ 375,400.00

---

### Part 2:    Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...........................    $ 101,676.00

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F* ...........................................    $ 146,495.07

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F* ......................    + $ 590,241.99

4. **Total liabilities**................................................................................    $ 838,413.06
   Lines 2 + 3a + 3b

**Fill in this information to identify the case:**

Debtor name ___BARANKO ENTERPRISE, INC_____

United States Bankruptcy Court for the: ___WESTERN_____ District of ___NC___
(State)

Case number (If known): ___18-31638_____

☐ Check if this is an
amended filing

Official Form 206A/B

# Schedule A/B: Assets — **Real and Personal Property** 12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

**1. Does the debtor have any cash or cash equivalents?**

☑ No. Go to Part 2.
☐ Yes. Fill in the information below.

**All cash or cash equivalents owned or controlled by the debtor**

Current value of debtor's interest

**2. Cash on hand**  $_____

**3. Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- |
| 3.1. _____ | _____ | ___ ___ ___ ___ | $_____ |
| 3.2. _____ | _____ | ___ ___ ___ ___ | $_____ |

**4. Other cash equivalents** *(Identify all)*

| 4.1. _____ | $_____ |
| 4.2. _____ | $_____ |

**5. Total of Part 1**  $ 0.00

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| Part 2: | Deposits and prepayments |
| --- | --- |

**6. Does the debtor have any deposits or prepayments?**

☑ No. Go to Part 3.
☐ Yes. Fill in the information below.

Current value of debtor's interest

**7. Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit

| 7.1. _____ | $_____ |
| 7.2. _____ | $_____ |

Debtor    BARANKO ENTERPRISE, INC.
    Name

Case number (if known)   18-31638

---

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1. _____    $ _____

8.2. _____    $ _____

9. **Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.    $ 0.00

---

## Part 3: Accounts receivable

10. **Does the debtor have any accounts receivable?**

☒ No. Go to Part 4.

☐ Yes. Fill in the information below.

Current value of debtor's interest

11. **Accounts receivable**

11a. 90 days old or less: _____ – _____ = ....➔    $ _____
                  face amount         doubtful or uncollectible accounts

11b. Over 90 days old: _____ – _____ = ....➔    $ _____
               face amount         doubtful or uncollectible accounts

12. **Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.    $ 0.00

---

## Part 4: Investments

13. **Does the debtor own any investments?**

☒ No. Go to Part 5.

☐ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|
| 14. **Mutual funds or publicly traded stocks not included in Part 1** | | |
| Name of fund or stock: | | |
| 14.1. _____ | _____ | $ _____ |
| 14.2. _____ | _____ | $ _____ |
| 15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture** | | |
| Name of entity:     % of ownership: | | |
| 15.1. _____ ____ % | _____ | $ _____ |
| 15.2. _____ ____ % | _____ | $ _____ |
| 16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1** | | |
| Describe: | | |
| 16.1. _____ | _____ | $ _____ |
| 16.2. _____ | _____ | $ _____ |

17. **Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.    $ 0.00

---

| Debtor | BARANKO ENTERPRISE, INC. | | Case number (if known) | 18-31638 |
|---|---|---|---|---|
| | Name | | | |

---

## Part 5:  Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☑ No. Go to Part 6.

☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | MM / DD / YYYY | $_____ | _____ | $_____ |
| 20. **Work in progress** | MM / DD / YYYY | $_____ | _____ | $_____ |
| 21. **Finished goods, including goods held for resale** | MM / DD / YYYY | $_____ | _____ | $_____ |
| 22. **Other inventory or supplies** | MM / DD / YYYY | $_____ | _____ | $_____ |

23. **Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

$ 0.00

24. **Is any of the property listed in Part 5 perishable?**

☐ No

☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value _____  Valuation method_____  Current value_____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☐ No

☐ Yes

---

## Part 6:  Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** | $_____ | _____ | $_____ |
| 29. **Farm animals** Examples: Livestock, poultry, farm-raised fish | $_____ | _____ | $_____ |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) | $_____ | _____ | $_____ |
| 31. **Farm and fishing supplies, chemicals, and feed** | $_____ | _____ | $_____ |
| 32. **Other farming and fishing-related property not already listed in Part 6** | $_____ | _____ | $_____ |

---

Debtor    BARANKO ENTERPRISE, INC.                                    Case number *(if known)*  18-31638
            Name

33. **Total of Part 6.**

   Add lines 28 through 32. Copy the total to line 85.                          $ 0.00

34. **Is the debtor a member of an agricultural cooperative?**

   ☐ No

   ☐ Yes. Is any of the debtor's property stored at the cooperative?

       ☐ No

       ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

   ☐ No

   ☐ Yes. Book value $_____ Valuation method _____ Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

   ☐ No

   ☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

   ☐ No

   ☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

   ☒ No. Go to Part 8.

   ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | $_____ | _____ | $_____ |
| 40. **Office fixtures** | $_____ | _____ | $_____ |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | $_____ | _____ | $_____ |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1_____ | $_____ | | $_____ |
| 42.2_____ | $_____ | | $_____ |
| 42.3_____ | $_____ | | $_____ |

43. **Total of Part 7.**

   Add lines 39 through 42. Copy the total to line 86.                          $ 0.00

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

   ☐ No

   ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

   ☐ No

   ☐ Yes

Debtor    BARANKO ENTERPRISE, INC.                                      Case number (if known)    18-31638
_____
Name

---

**Part 8:    Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| | | | |
|---|---|---|---|
| 47.1 _____ | $_____ | _____ | $_____ |
| 47.2 _____ | $_____ | _____ | $_____ |
| 47.3 _____ | $_____ | _____ | $_____ |
| 47.4 _____ | $_____ | _____ | $_____ |

48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

| | | | |
|---|---|---|---|
| 48.1 _____ | $_____ | _____ | $_____ |
| 48.2 _____ | $_____ | _____ | $_____ |

49. **Aircraft and accessories**

| | | | |
|---|---|---|---|
| 49.1 _____ | $_____ | _____ | $_____ |
| 49.2 _____ | $_____ | _____ | $_____ |

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | | |
|---|---|---|---|
| _____ | $_____ | _____ | $_____ |

51. **Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.

$ 0.00

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No

☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☐ No

☐ Yes

---

Debtor    BARANKO ENTERPRISE, INC.                                   Case number *(if known)*    18-31638
          Name

## Part 9:    Real property

54. **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

☒ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as<br>Assessor Parcel Number (APN), and type of property<br>(for example, acreage, factory, warehouse, apartment<br>or office building), if available. | Nature and extent<br>of debtor's interest<br>in property | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|---|
| 55.1  SEE ATTACHED SCHEDULE 55 | _____ | $_____ | _____ | $_____ |
| 55.2 _____ | _____ | $_____ | _____ | $_____ |
| 55.3 _____ | _____ | $_____ | _____ | $_____ |
| 55.4 _____ | _____ | $_____ | _____ | $_____ |
| 55.5 _____ | _____ | $_____ | _____ | $_____ |
| 55.6 _____ | _____ | $_____ | _____ | $_____ |

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$ 375,400.00

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

☐ No

☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☐ No

☐ Yes

## Part 10:    Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

☒ No. Go to Part 11.

☐ Yes. Fill in the information below.

| General description | Net book value of<br>debtor's interest<br>(Where available) | Valuation method<br>used for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets**<br>_____ | $_____ | _____ | $_____ |
| 61. **Internet domain names and websites**<br>_____ | $_____ | _____ | $_____ |
| 62. **Licenses, franchises, and royalties**<br>_____ | $_____ | _____ | $_____ |
| 63. **Customer lists, mailing lists, or other compilations**<br>_____ | $_____ | _____ | $_____ |
| 64. **Other intangibles, or intellectual property**<br>_____ | $_____ | _____ | $_____ |
| 65. **Goodwill**<br>_____ | $_____ | _____ | $_____ |

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$ 0.00

# BARANKO ENTERPRISE, INC. - SCHEDULE 55

| Current Owner | Address | Tax Value |
| --- | --- | --- |
| Baranko Enterprise INC | 1205 Allen St. Charlotte | 90100 |
| Baranko Enterprise INC | 7325 Boswell Road, Charlotte | 16600 |
| Baranko Enterprise INC | 7329 Boswell Road, Charlotte | 122,500 |
| Baranko Enterprise INC | 7333 Boswell Road, Charlotte | 14,600 |
| Baranko Enterprise INC | 7337 Boswell Road, Charlotte | 13,500 |
| Baranko Enterprise INC | 7407 Boswell Road, Charlotte | 45,400 |
| Baranko Enterprise INC | 9515 Gwynne CR, Charlotte | 6,000 |
| Baranko Enterprise INC | Gwynne Hill Road, Charlotte | 0 |
| Baranko Enterprise INC | 9511 Gwynne Hill Road, Charlotte | 6,000 |
| Baranko Enterprise INC | 9512 Gwynne Hill Road, Charlotte | 60,700 |
| | | 375400 |

* The foregoing values are subject to appraisal

Debtor    BARANKO ENTERPRISE, INC.                              Case number (if known)   18-31638
          Name

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?
- ☐ No
- ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
- ☐ No
- ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
- ☐ No
- ☐ Yes

## Part 11:   All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.
- ☒ No. Go to Part 12.
- ☐ Yes. Fill in the information below.

|  |  | Current value of debtor's interest |
|---|---|---|

71. **Notes receivable**
Description (include name of obligor)

_____  _____ − _____ = → $_____
                                Total face amount   doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

_____  Tax year _____  $_____
_____  Tax year _____  $_____
_____  Tax year _____  $_____

73. **Interests in insurance policies or annuities**

_____               $_____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

_____               $_____

Nature of claim    _____
Amount requested   $_____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____               $_____

Nature of claim    _____
Amount requested   $_____

76. **Trusts, equitable or future interests in property**

_____               $_____

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

_____               $_____
_____               $_____

78. **Total of Part 11.**
Add lines 71 through 77. Copy the total to line 90.          $ 0.00

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
- ☐ No
- ☐ Yes

Official Form 206A/B          Schedule A/B: Assets — Real and Personal Property          page 7

Debtor    BARANKO ENTERPRISE, INC.
     Name

Case number *(if known)*   18-31638

| Part 12: | Summary |
|---|---|

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ 0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* ........................➜ | | $ 375,400.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $ 0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column............91a. | $ 0.00 | **+** 91b. $ 375,400.00 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ...........................................  $ 375,400.00

Fill in this information to identify the case:

Debtor name **Baranko Enterprise**

United States Bankruptcy Court for the: **Western**   District of **NC**
(State)

Case number (If known): **18-31638**

☐ Check if this is an amended filing

## Official Form 206D
# Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☒ Yes. Fill in all of the information below.

| **Part 1:** | **List Creditors Who Have Secured Claims** |

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A Amount of claim Do not deduct the value of collateral. | Column B Value of collateral that supports this claim |
|---|---|---|---|

**2.1**

Creditor's name
**Chase**

Creditor's mailing address
**710 S. Ash St., Ste. 200**
**Glendale, CO 80246**

Creditor's email address, if known

Date debt was incurred _____

Last 4 digits of account number  __ __ __ __

Do multiple creditors have an interest in the same property?
☒ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.
_____
_____

Describe debtor's property that is subject to a lien
**9809 East W.T. Harris Blvd.**   $ **93,951.00**   $ **50,000.00**
**Charlotte, NC 28227**

Describe the lien
**Deed of Trust**

Is the creditor an insider or related party?
☒ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☒ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**2.2**

Creditor's name
**City of Charlotte**

Creditor's mailing address
**P.O. Box 1316**
**Charlotte, NC 28201**

Creditor's email address, if known

Date debt was incurred **11/19/2013**

Last 4 digits of account number  __ __ __ __

Do multiple creditors have an interest in the same property?
☐ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.
  _____

  ☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien
$ **275.00**   $ _____

Describe the lien
**Judgment Book 28842 Page 320**

Is the creditor an insider or related party?
☒ No
☐ Yes

Is anyone else liable on this claim?
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**
$ _____

Debtor  **Baranko Enterprise**
         Name

Case number *(if known)*  18-31638

| Part 1: | Additional Page |
|---------|-----------------|

Column A'
**Amount of claim**
Do not deduct the value of collateral.

Column B
**Value of collateral that supports this claim**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.3** Creditor's name

City of Charlotte

**Creditor's mailing address**

P.O. Box 1316
Charlotte, NC 28201

**Creditor's email address, if known**

_____

**Date debt was incurred** 8/2/2012
**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.
  _____
  _____
  _____
  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

_____ $ 5,475.00   $ _____

**Describe the lien**
~~Judmgment Book 28183 Page 547~~

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.4** Creditor's name

City of Charlotte

**Creditor's mailing address**

P.O. Box 1316
Charlotte, NC 28201

**Creditor's email address, if known**

_____

**Date debt was incurred** 8/2/2018
**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.
  _____
  _____
  _____
  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

_____ $ 1,975.00   $ _____

**Describe the lien**
Judgment Book 27548 Page 226

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**Fill in this information to identify the case:**

Debtor: BARANKO ENTERPRISE, INC.

United States Bankruptcy Court for the: Western District of NC
(State)

Case number: 18-31638
(If known)

☐ Check if this is an amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims   12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☐ No. Go to Part 2.
   ☒ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|

**2.1**
Priority creditor's name and mailing address
Internal Revenue Service

Central Insolvency Operation

P.O. Box 7346, Philadelphia, PA 19101-7346

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $ 28,186.00     Priority amount: $ _____

**Date or dates debt was incurred**
2013 - 2017

**Basis for the claim:**

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

---

**2.2**
Priority creditor's name and mailing address
North Carolina Department of Revenue (NPO)

P.O. Box 871

Raleigh, NC 27602

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $ 4,313.00     Priority amount: $ _____

**Date or dates debt was incurred**
2014 - 2017

**Basis for the claim:**

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

---

**2.3**
Priority creditor's name and mailing address
Mecklenburg County Tax Office

Bob Walton Plaza

700 E. Stonewall St. Charlotte, NC 28202

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $ 10,796.00     Priority amount: $ _____

**Date or dates debt was incurred**

**Basis for the claim:** Property Taxes, Fines and Code Violations

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

Debtor ___BARANKO ENTERPRISE, INC_____    Case number (if known) ___18-31638___
    Name

| **Part 1.** | **Additional Page** |
|---|---|

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total claim | Priority amount |
|---|---|---|
| | $ 103,200.07 | $ |

**2._**  **Priority creditor's name and mailing address**

NY STATE DEPT. OF TAXATION AND FINANCE

WA HARRIMAN

_____

_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**Basis for the claim:** TAXES OWED FOR BUSINESS IN NY.  DEBTOR DOES NOT BELIEVE IT IS LIABLE FOR THE AMOUNT OWED BUT PROVIDES OUT OF AN ABUNDANCE OF CAUTION.

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**2._**  **Priority creditor's name and mailing address**

_____

_____

_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

$ _____    $ _____

---

**2._**  **Priority creditor's name and mailing address**

_____

_____

_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

$ _____    $ _____

---

**2._**  **Priority creditor's name and mailing address**

_____

_____

_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

$ _____    $ _____

---

Debtor  BARANKO ENTERPRISE, INC.
       Name                                                    Case number (if known)  18-31638

## Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority
   unsecured claims, fill out and attach the Additional Page of Part 2.

|  | | Amount of claim |
|---|---|---|

**3.1** Nonpriority creditor's name and mailing address

Capital One

15000 Capital One Drive

Richmond, VA 23238

As of the petition filing date, the claim is:  $ 53.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred    _____
Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.2** Nonpriority creditor's name and mailing address

Carolina Pathology Clinical
C/O Financial Data Systems
1638 Military Cutoff Road
Wilmington, NC 28403

As of the petition filing date, the claim is:  $ 44.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   Medical

Date or dates debt was incurred    _____
Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.3** Nonpriority creditor's name and mailing address

CHS University Parent Hospital
C/O PMAB, LLC
4135 S. Stream Boulevard, Suite 4
Charlotte, NC 28217

As of the petition filing date, the claim is:  $ 1,327.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   Medical

Date or dates debt was incurred    _____
Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.4** Nonpriority creditor's name and mailing address

City of Charlotte

P.O. Box 1316

Charlotte, NC 28201

As of the petition filing date, the claim is:  $ 318.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   Water Bill

Date or dates debt was incurred    _____
Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.5** Nonpriority creditor's name and mailing address

CMG Eastland Urgent Care
C/o PMAB LLC
4135 S. Stream Boulevard, Suite 4
Charlotte, NC 28217

As of the petition filing date, the claim is:  $ 86.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   Medical

Date or dates debt was incurred    _____
Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.6** Nonpriority creditor's name and mailing address

CHS Urgent Care- Eastland
C/O PMAB, LLC
4135 S. Stream Boulevard, Suite 4
Charlotte, NC 28217

As of the petition filing date, the claim is:  $ 142.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   Medical

Date or dates debt was incurred    _____
Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

---

Debtor    BARANKO ENTERPRISE, INC.

Name

Case number (if known)    18-31638

## Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.7** Nonpriority creditor's name and mailing address

Duke Energy

c/o Online Collections

P.O. Box 1489

Winterville, NC 28590

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

$ 454.00

Basis for the claim:    Power services

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.8** Nonpriority creditor's name and mailing address

Home Depot

2455 Paces Ferry Rd.

Atlanta, GA 30339

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 2,000.00

Basis for the claim:    Materials purchased by VR King and used on ~~real property owned~~ by related entities

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.9** Nonpriority creditor's name and mailing address

Duke Vinyl Products

304 W. 32nd Street

Charlotte, NC 28206

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 3,500.00

Basis for the claim:    Materials for real property owned by VR King ~~VR Investments and~~ Baranko

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.10** Nonpriority creditor's name and mailing address

Fern E. De Jonge, Esq.

7718 Flatlands Avenue, 2nd Floor

Brooklyn, NY 11234

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 30,000.00

Basis for the claim:    Business Loan for entities and mortgage ~~Legal Services in NY~~

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.11** Nonpriority creditor's name and mailing address

Hazelyn Mills

7329 Boswell Road

Charlotte, NC 28215

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 50,000.00

Basis for the claim:    Loan for business purposes and ~~to satisfy mortgages~~ and improve real properties

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

---

Debtor    BARANKO ENTERPRISE, INC.                                    18-31638
          Name                                        Case number (if known)

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| | Amount of claim |

**3.**12 Nonpriority creditor's name and mailing address
Wells Fargo Card Services Visa

P.O. Box 10347
Des Moines, IA 50306

As of the petition filing date, the claim is: $ 451.42
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: Prepaid card used to pay utility bills on certain real property

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.**13 Nonpriority creditor's name and mailing address
Marty King

5054 Gatsby Cir.

Rock Hill, SC 29732

As of the petition filing date, the claim is: $ 25,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Business Loan to VR King for operations and purchase of real property owned by related entities

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.**14 Nonpriority creditor's name and mailing address
WGIV 1370 AM

9349 China Grove
Pineville, NC 28134

As of the petition filing date, the claim is: $ 10,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Advertising for VR King Construction, LLC

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.**15 Nonpriority creditor's name and mailing address
PMAB, LLC

4135 S. Stream Blvd., Ste 4
Charlotte, NC 28217

As of the petition filing date, the claim is: $ 1,555.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Medical while working for VR King and entities

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.**16 Nonpriority creditor's name and mailing address
Optimum Outcomes, Inc.

2651 Warrenville Rd.
Downers Grove, IL 60515

As of the petition filing date, the claim is: $ 662.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Medical while working for VR King and entities

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

---

Debtor  VR INVESTMENTS, LLC
        Name

Case number (if known) __18-31637__

## Part 2:   Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| | |
|---|---|
| 3.17 **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |
| Y2 YOGA | $ 396,649.57 |
| 212 S. TRYON ST., STE 375 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>☐ Liquidated and neither contingent nor disputed |
| CHARLOTTE, NC 28281 | |
| | **Basis for the claim:** TRADE DEBT / JUDGMENT (SECURED CLAIM UNKNOWN) |
| **Date or dates debt was incurred** _____ | **Is the claim subject to offset?** |
| **Last 4 digits of account number** __ __ __ __ | ☐ No<br>☐ Yes |

| | |
|---|---|
| 3.18 **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |
| Thais Patricia Moran (NPO) | $ 0.00 |
| 6740 Vernedale Glen Dr. | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| Charlotte, NC 28212 | |
| | **Basis for the claim:** _____ |
| **Date or dates debt was incurred** _____ | **Is the claim subject to offset?** |
| **Last 4 digits of account number** __ __ __ __ | ☐ No<br>☐ Yes |

| | |
|---|---|
| 3.19 **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |
| Miranda Reid (NPO) | $ 0.00 |
| 3054 Chaffey Cir. | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| Decatur, GA 30034 | |
| | **Basis for the claim:** _____ |
| **Date or dates debt was incurred** _____ | **Is the claim subject to offset?** |
| **Last 4 digits of account number** __ __ __ __ | ☐ No<br>☐ Yes |

| | |
|---|---|
| 3.20 **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |
| Verol Reid | $ 68,000.00 |
| 2556 Brentwood Pl | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| Charlotte, NC 28208 | |
| | **Basis for the claim:** Business Loan for Debtor and related entities. Potential earnings and wages. |
| **Date or dates debt was incurred** _____ | **Is the claim subject to offset?** |
| **Last 4 digits of account number** __ __ __ __ | ☐ No<br>☐ Yes |

| | |
|---|---|
| 3.__ **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |
| | $ |
| | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | |
| | **Basis for the claim:** _____ |
| **Date or dates debt was incurred** _____ | **Is the claim subject to offset?** |
| **Last 4 digits of account number** __ __ __ __ | ☐ No<br>☐ Yes |

Debtor     BARANKO ENTERPRISE, INC.                                    Case number (if known)_____18-31638_____
           Name

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5. Add the amounts of priority and nonpriority unsecured claims.

Total of claim amounts

| 5a. Total claims from Part 1 | 5a. | $ 146,495.07 |
|---|---|---|
| 5b. Total claims from Part 2 | 5b. + | $ 590241.99 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ 736,737.06 |

**Fill in this information to identify the case:**

Debtor name     BARANKO ENTERPRISE, INC.

United States Bankruptcy Court for the: _____WESTERN DISTRICT_____   District of   NC
(State)

Case number (If known):   18-31637   _____   Chapter   11

☐ Check if this is an
amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases

12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☒ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

**2. List all contracts and unexpired leases**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | Residential Lease | Darrin Moore |
| | | _____ | 1205 Allen St. |
| | State the term remaining | August 31, 2019 | Charlotte, NC 28205 |
| | List the contract number of any government contract | | |

| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.3 | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.4 | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.5 | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

**Fill in this information to identify the case:**

Debtor name ___BARANKO ENTERPRISE, INC.___

United States Bankruptcy Court for the: ___WESTERN___ District of ___NC___
                                                                  (State)

Case number (If known): ___18-31638___

☐ Check if this is an
amended filing

## Official Form 206H

## Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**

   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☒ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** / **Mailing address** | | **Name** | **Check all schedules that apply:** |
| 2.1 MIRANDA REID | 3054 Chaffey Cir.<br>Street<br><br>Decatur    GA    30034<br>City    State    ZIP Code | Chase Bank USA | ☒ D<br>☐ E/F<br>☐ G |
| 2.2 MIRANDA REID | 3054 Chaffey Cir.<br>Street<br><br>Decatur    GA    30034<br>City    State    ZIP Code | Chase Bank USA | ☒ D<br>☐ E/F<br>☐ G |
| 2.3 VINROY REID | 7329 Boswell Rd.<br>Street<br><br>Charlotte    NC    28215<br>City    State    ZIP Code | | ☒ D<br>☒ E/F<br>☐ G |
| 2.4 VR KING CONSTRUCTION | 626 Char-Meck Lane<br>Street<br><br>Charlotte    NC    28205<br>City    State    ZIP Code | | ☒ D<br>☒ E/F<br>☐ G |
| 2.5 VR INVESTMENTS, LLC | 626 Char-Meck Lane<br>Street<br><br>Charlotte    NC    28205<br>City    State    ZIP Code | | ☒ D<br>☒ E/F<br>☐ G |
| 2.6 | Street<br><br>City    State    ZIP Code | | ☐ D<br>☐ E/F<br>☐ G |

**Fill in this information to identify the case:**

Debtor name  BARANKO ENTERPRISE, INC.

United States Bankruptcy Court for the:  WESTERN                          NC  District of
                                                                         (State)

Case number (If known):  18-31638

☐ Check if this is an
   amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/16

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

## Part 1:    Income

1. **Gross revenue from business**

   ☐ None

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|---|---|
   | From the beginning of the fiscal year to filing date: | From 01/01/2018<br>MM / DD / YYYY to | Filing date | ☐ Operating a business<br>☒ Other  Real Estate | $ 4,000.00 |
   | For prior year: | From 01/01/2017<br>MM / DD / YYYY to | 12/31/2017<br>MM / DD / YYYY | ☐ Operating a business<br>☒ Other  Real Estate | 5,747.00 |
   | For the year before that: | From 01/01/2016<br>MM / DD / YYYY to | 12/31/2016<br>MM / DD / YYYY | ☐ Operating a business<br>☒ Other  Real Estate | $ 4,908.00 |

2. **Non-business revenue**

   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☒ None

   | | | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|---|---|---|
   | From the beginning of the fiscal year to filing date: | From _____<br>MM / DD / YYYY to | Filing date | _____ | $ _____ |
   | For prior year: | From _____<br>MM / DD / YYYY to | _____<br>MM / DD / YYYY | _____ | $ _____ |
   | For the year before that: | From _____<br>MM / DD / YYYY to | _____<br>MM / DD / YYYY | _____ | $ _____ |

| Debtor | BARANKO ENTERPRISE, INC. | Case number (if known) | 18-31638 |
|---|---|---|---|
| | Name | | |

---

**Part 2:**   **List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | Tran Law Firm, PLLC | | $ 7,500.25 | ☐ Secured debt |
| | Creditor's name | | | ☐ Unsecured loan repayments |
| | 4850 Old Pineville Rd. | Sep. 24 | | ☐ Suppliers or vendors |
| | Street | | | ☑ Services |
| | Charlotte          NC      28217 | | | ☐ Other ___ Legal ___ |
| | City                State    ZIP Code | | | |
| 3.2. | | | $ | ☐ Secured debt |
| | Creditor's name | | | ☐ Unsecured loan repayments |
| | Street | | | ☐ Suppliers or vendors |
| | | | | ☐ Services |
| | City                State    ZIP Code | | | ☐ Other _____ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | Vinroy Reid | Various | $ 4,000.00 | Compensation |
| | Insider's name | | | |
| | 7329 Boswell Rd. | | | |
| | Street | | | |
| | Charlotte          NC      28217 | | | |
| | City                State    ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | Principal | | | |
| 4.2. | | | $ | |
| | Insider's name | | | |
| | Street | | | |
| | City                State    ZIP Code | | | |
| | **Relationship to debtor** | | | |

---

Debtor   BARANKO ENTERPRISE, INC.
         _____
         Name

Case number (if known) 18-31638
                       _____

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☒ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|
| 5.1. | | | |
| Creditor's name | | | $_____ |
| Street | | | |
| City   State   ZIP Code | | | |
| 5.2. | | | |
| Creditor's name | | | $_____ |
| Street | | | |
| City   State   ZIP Code | | | |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☒ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| Creditor's name | | | $_____ |
| Street | | | |
| City   State   ZIP Code | Last 4 digits of account number: XXXX–__ __ __ __ | | |

---

**Part 3:   Legal Actions or Assignments**

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | Y2 Yoga Cotswold, LLC v. Reid, et al. | Breach of Contract | Meck. County Courthouse<br>Name<br>832 E. 4th St.<br>Street<br>Charlotte  NC  28202<br>City   State   ZIP Code | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| | Case number | | | |
| | 16-CVS-23179 | | | |
| 7.2. | Nautilus Insurance Co. v. Reid, et al. | Dec. Judgment | U.S. District Court<br>Name<br>401 W. Trade St.<br>Street<br>Charlotte  NC  28202<br>City   State   ZIP Code | ☐ Pending<br>☐ On appeal<br>☒ Concluded |
| | Case number | | | |
| | 3:17-CV-00156-GCM | | | |

Debtor   BARANKO ENTERPRISE, INC.        Case number (if known)   18-31638
      Name

---

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☒ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| | | $ |
| Custodian's name | Case title | Court name and address |
| Street | | Name |
| | Case number | Street |
| City      State      ZIP Code | | |
| | Date of order or assignment | City      State      ZIP Code |

---

**Part 4:**   **Certain Gifts and Charitable Contributions**

**9.** List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

☒ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| **9.1.** Recipient's name | | | $ |
| Street | | | |
| City      State      ZIP Code | | | |
| Recipient's relationship to debtor | | | |
| **9.2.** Recipient's name | | | $ |
| Street | | | |
| City      State      ZIP Code | | | |
| Recipient's relationship to debtor | | | |

---

**Part 5:**   **Certain Losses**

**10.** All losses from fire, theft, or other casualty within 1 year before filing this case.

☒ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Date of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. | | |
| | List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | | |
| | | | $ |

---

| Debtor | BARANKO ENTERPRISE, INC. | | Case number (if known) | 18-31638 |
|---|---|---|---|---|
| | Name | | | |

| Part 6: | Certain Payments or Transfers |
|---|---|

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1.  Sodoma Law, P.C. | | Sep. 27, 2018 | $ 17,499.75 |
| **Address** | | Paid by VR KING CONSTRUCTION | |
| 211 East Blvd. | | | |
| Street | | | |
| Charlotte            NC        28203 | | | |
| City                 State    ZIP Code | | | |
| **Email or website address** | | | |
| | | | |
| **Who made the payment, if not debtor?** | | | |
| | | | |

| Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.2. | | | $ |
| **Address** | | | |
| Street | | | |
| City                 State    ZIP Code | | | |
| **Email or website address** | | | |
| | | | |
| **Who made the payment, if not debtor?** | | | |
| | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

☒ None

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| | | | $ |
| **Trustee** | | | |
| | | | |

Debtor   BARANKO ENTERPRISE, INC.                          Case number *(if known)*   18-31638
         Name

---

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | _____ | _____ | _____ | $ _____ |
| | **Address** | _____ | | |
| | _____ Street | | | |
| | _____ City          State   ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |
| 13.2. | Who received transfer? | _____ | _____ | $ _____ |
| | _____ | _____ | | |
| | **Address** | | | |
| | _____ Street | | | |
| | _____ | | | |
| | _____ City          State   ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |

---

**Part 7:   Previous Locations**

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy | |
|---|---|---|---|
| 14.1. | P.O. BOX 5035 | From _____ | To _____ |
| | Street | | |
| | Charlotte          NC      28299 | | |
| | City          State   ZIP Code | | |
| 14.2. | _____ | From _____ | To _____ |
| | Street | | |
| | _____ | | |
| | City          State   ZIP Code | | |

---

Debtor   BARANKO ENTERPRISE, INC.
       Name

Case number (if known) 18-31658

| **Part 8:** | **Health Care Bankruptcies** |
|---|---|

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

— diagnosing or treating injury, deformity, or disease, or

— providing any surgical, psychiatric, drug treatment, or obstetric care?

☒ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

15.1.

Facility name

Street

City    State    ZIP Code

Location where patient records are maintained (if different from facility address). If electronic, identify any service provider.

How are records kept?

*Check all that apply:*

☐ Electronically
☐ Paper

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

15.2.

Facility name

Street

City    State    ZIP Code

Location where patient records are maintained (if different from facility address). If electronic, identify any service provider.

How are records kept?

*Check all that apply:*

☐ Electronically
☐ Paper

| **Part 9:** | **Personally Identifiable Information** |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

☒ No.

☐ Yes. State the nature of the information collected and retained. _____

    Does the debtor have a privacy policy about that information?

    ☐ No

    ☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☒ No. Go to Part 10.

Yes. Does the debtor serve as plan administrator?

    ☐ No. Go to Part 10.

    ☐ Yes. Fill in below:

        Name of plan                       Employer identification number of the plan

        _____  EIN: __ __ - __ __ __ __ __ __ __

        Has the plan been terminated?

        ☐ No

        ☐ Yes

Debtor   BARANKO ENTERPRISE, INC.
      Name

Case number (if known)    18-31638

---

**Part 10:**    **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☒ None

| | Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | Name | XXXX–___ ___ ___ ___ | ☐ Checking ☐ Savings ☐ Money market ☐ Brokerage ☐ Other_____ | _____ | $_____ |
| | Street | | | | |
| | City  State  ZIP Code | | | | |
| 18.2. | Name | XXXX–___ ___ ___ ___ | ☐ Checking ☐ Savings ☐ Money market ☐ Brokerage ☐ Other_____ | _____ | $_____ |
| | Street | | | | |
| | City  State  ZIP Code | | | | |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☒ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| Name | _____ | _____ | ☐ No ☐ Yes |
| Street | _____ | _____ | |
| City  State  ZIP Code | **Address** _____ | | |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☒ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| Name | _____ | _____ | ☐ No ☐ Yes |
| Street | _____ | _____ | |
| City  State  ZIP Code | **Address** _____ | | |

| Debtor | BARANKO ENTERPRISE, INC. | Case number (if known) | 18-31638 |
|---|---|---|---|
| | Name | | |

---

## Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☒ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| | | | $_____ |
| Name | | | |
| Street | | | |
| | | | |
| City          State          ZIP Code | | | |

---

## Part 12:   Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☒ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | ☐ Pending |
| Case number | Name | | ☐ On appeal |
| | Street | | ☐ Concluded |
| | City          State          ZIP Code | | |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☒ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | _____ |
| Name | Name | | |
| Street | Street | | |
| | | | |
| City          State          ZIP Code | City          State          ZIP Code | | |

---

| Debtor | BARANKO ENTERPRISE, INC. | Case number (if known) | 18-31638 |
|---|---|---|---|
| | Name | | |

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☒ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |
| Street | Street | | |
| City        State        ZIP Code | City        State        ZIP Code | | |

---

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☒ None

25.1.

| Business name and address | Describe the nature of the business | Employer Identification number |
|---|---|---|
| | | Do not include Social Security number or ITIN. |
| Name | | EIN: __ __ – __ __ __ __ __ __ __ |
| Street | | **Dates business existed** |
| City        State        ZIP Code | | From _____    To _____ |

25.2.

| Business name and address | Describe the nature of the business | Employer Identification number |
|---|---|---|
| | | Do not include Social Security number or ITIN. |
| Name | | EIN: __ __ – __ __ __ __ __ __ __ |
| Street | | **Dates business existed** |
| City        State        ZIP Code | | From _____    To _____ |

25.3.

| Business name and address | Describe the nature of the business | Employer Identification number |
|---|---|---|
| | | Do not include Social Security number or ITIN. |
| Name | | EIN: __ __ – __ __ __ __ __ __ __ |
| Street | | **Dates business existed** |
| City        State        ZIP Code | | From _____    To _____ |

Debtor    BARANKO ENTERPRISE, INC.                                    Case number (if known)    18-31638
          _____
          Name

---

## 26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26a.1. | Walter R. Nelson, CPA C/O Mitzi Nelson, CPA | From 2013   To Present |
| | Name | |
| | 4841 Lakeview Rd. | |
| | Street | |
| | Charlotte           NC        28216 | |
| | City           State       ZIP Code | |

| Name and address | Dates of service |
|---|---|
| 26a.2. | | From _____   To _____ |
| | Name | |
| | Street | |
| | City           State       ZIP Code | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26b.1. | Walter R. Nelson, CPA C/O Mitzi Nelson, CPA | From _____   To _____ |
| | Name | |
| | 4841 Lakeview Rd. | |
| | Street | |
| | Charlotte           NC        28216 | |
| | City           State       ZIP Code | |

| Name and address | Dates of service |
|---|---|
| 26b.2. | | From _____   To _____ |
| | Name | |
| | Street | |
| | City           State       ZIP Code | |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. | Walter R. Nelson, CPA C/O Mitzi Nelson, CPA | |
| | Name | No specific records are available |
| | 4841 Lakeview Rd. | for the Debtor.  It appears that |
| | Street | matters were recognized under |
| | Charlotte           NC        28216 | individuals Schedule C. |
| | City           State       ZIP Code | |

---

Debtor    BARANKO ENTERPRISE, INC.
_____    Case number (if known)    18-31638
    Name

| | Name and address | If any books of account and records are unavailable, explain why |
|---|---|---|
| 26c.2. | Vinroy Reid | _____ |
| | Name | _____ |
| | 7329 Boswell Rd. | _____ |
| | Street | _____ |
| | Charlotte          NC          28217 | |
| | City          State          ZIP Code | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☒ None

Name and address

26d.1.  _____
        Name

        _____
        Street

        _____
        City          State          ZIP Code

Name and address

26d.2.  _____
        Name

        _____
        Street

        _____
        City          State          ZIP Code

## 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☒ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |

Name and address of the person who has possession of inventory records

27.1.  _____
       Name

       _____
       Street

       _____
       City          State          ZIP Code

Debtor    BARANKO ENTERPRISE, INC.                                    Case number (if known)    18-31638
          Name

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | $ |

**Name and address of the person who has possession of inventory records**

27.2.
Name

Street

City                                    State          ZIP Code

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Vinroy Reid | 7329 Boswell Rd. Charlotte, NC 28217 | OFFICER | 100 |
| | | | |
| | | | |
| | | | |
| | | | |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☒ No
☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| | | | From _____ To _____ |
| | | | From _____ To _____ |
| | | | From _____ To _____ |
| | | | From _____ To _____ |

30. **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☒ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. Vinroy Reid | $4,000.00 | 2017 | Compensation |
| Name | | | |
| 7329 Boswell Rd. | | | |
| Street | | | |
| Charlotte          NC          28217 | | | |
| City          State          ZIP Code | | | |
| Relationship to debtor | | | |
| Officer | | | |

Debtor     VR INVESTMENTS, LLC                                    Case number (if known)    18-31638
_____                                    _____
Name

---

Name and address of recipient

30.2
Name
_____

Street
_____

_____
City                          State        ZIP Code

Relationship to debtor

_____

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☒ No
☐ Yes. Identify below.

Name of the parent corporation                          Employer Identification number of the parent corporation

_____          EIN: __ __ - __ __ __ __ __ __ __

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☒ No
☐ Yes. Identify below.

Name of the pension fund                                Employer Identification number of the pension fund

_____          EIN: __ __ - __ __ __ __ __ __ __

---

**Part 14:     Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on      11/26/2018
              MM / DD /YYYY

✗ /s/ Vinroy Reid                                  Printed name    VINROY REID
_____                          _____
Signature of individual signing on behalf of the debtor

Position or relationship to debtor   officer

**Are additional pages to** *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* **(Official Form 207) attached?**

☒ No
☐ Yes

---

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court

<u>Western</u>          District Of <u>North Carolina</u>

**In re**

BARANKO ENTERPRISE, INC.          Case No. <u>18-31638</u>

**Debtor**          Chapter <u>11</u>

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ <u>Standard Hourly Rates</u>

    Prior to the filing of this statement I have received . . . . . . . . . . . . . . . . . . . . . $ <u>17,499.75</u>

    Balance Due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ <u> </u>

2.  The source of the compensation paid to me was:

    ☐ Debtor          ☒ Other (specify)     VR King Construction, LLC

3.  The source of compensation to be paid to me is:

    ☒ Debtor          ☒ Other (specify)     Vinroy Reid, VR King Construction, LLC and VR Investments, LLC

4.  ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor' s financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

    b.  Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B2030 (Form 2030) (12/15)

    d.   Representation of the debtor in adversary proceedings and other contested bankruptcy matters;

    e.   [Other provisions as needed]

         The firm will file the required Fee Applications for approval of its ongoing services associated with its post-petition representation of the Debtor in this case.

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following services:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

11/26/2018          /s/ John C. Woodman
_____          _____
Date                   Signature of Attorney

                 SODOMA LAW, P.C.
                 _____
                 Name of law firm